```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 11666
   VICTOR M CRUZ PABON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
  SSN XXX-XX-6693

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/08/2008 and was not confirmed.

     The case was dismissed without confirmation 08/21/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
-------------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG         .00            .00           .00
CITIMORTGAGE INC           MORTGAGE ARRE    15000.00            .00           .00
TOTAL FINANCE              SECURED VEHIC    14794.65            .00           .00
TOTAL FINANCE              UNSECURED       NOT FILED            .00           .00
ADVENTIST HINSDALE HOSPI   UNSECURED       NOT FILED            .00           .00
EMERGENCY HEALTHCARE PHY   UNSECURED       NOT FILED            .00           .00
HAUSELMAN & RAPPIN         UNSECURED       NOT FILED            .00           .00
NICOR GAS                  UNSECURED       NOT FILED            .00           .00
SPRINT NEXTEL              UNSECURED         1254.20            .00           .00
TRIB/FBOFD                 UNSECURED       NOT FILED            .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED         1389.20            .00           .00
LEGAL HELPERS PC           DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                           .00                  .00




                   PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 11666 VICTOR M CRUZ PABON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                            PAGE   2
     CASE NO. 08 B 11666 VICTOR M CRUZ PABON